UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

against

RAHEEM J. BRENNERMAN,

Defendant.

No. 17-cr-337 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

Defendant Raheem J. Brennerman, proceeding pro se, submitted an "omnibus motion" seeking, among other things, vacatur of his convictions and sentence under 28 U.S.C. § 2255 (Doc. Nos. 269, 275).   In January 2023, the Court denied that motion (Doc. No. 289), as well as Brennerman's subsequent motion for reconsideration (Doc. Nos. 290, 291).  Because a civil action was not previously opened upon the filing of Brennerman's "omnibus motion" containing a request under 28 U.S.C. § 2255, the Clerk of Court is respectfully directed to open a new action under section 2255 and docket in the new action Doc. Nos. 269, 275, 289, 290, 291, and 292 from Case No. 17-cr-337.

SO ORDERED.

Dated:      February 27, 2023
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation