UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -v-

RAHEEM J. BRENNERMAN,

                Defendant.

                             No. 17-cr-337 (RJS)

---

RAHEEM J. BRENNERMAN,

                Plaintiff,

    -v-

UNITED STATES OF AMERICA,

                Defendant.

                          No. 23-cv-1624 (RJS)

                                ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

Defendant Raheem J. Brennerman, proceeding pro se, submitted the attached letter inquiring as to the docketing of two sets of documents he submitted to the Court, dated April 21, 2023 and May 11, 2023 respectively. As to the April 21, 2023 submission, Brennerman is informed that the Court's pro se office does not have a record of receiving that set of documents. Brennerman's May 11, 2023 submission was docketed on May 22, 2023. *See* Doc. No. 298.

The Court is also in receipt of several pro se emails from Brennerman that were sent directly to the Court's electronic mailbox. Brennerman is reminded that all pro se communication with the Court must be conducted through the Court's pro se office and that the Court will not docket or take any action in connection with emails sent directly to the Court. *See* Section 1(A) of the Court's Individual Rules and Practices; Add. to S.D.N.Y. Elec. Case Filing R. & Instructions at 2; *see also* Doc. Nos. 282, 284. Brennerman is also advised that the Court will not respond to

or take any action in connection with submissions that fail to request court action or otherwise make a cognizable request for relief.  Furthermore, as indicated in the Court's May 22, 2023 Order, a petitioner must first obtain an order from the United States Court of Appeals for the Second Circuit authorizing a district court to consider a successive habeas petition before any such successive petition may be filed.  *See* Doc. No. 298; *see also* 28 U.S.C. § 2255(h); 28 U.S.C. § 2244(b)(3).

The Clerk of Court is respectfully directed to docket this order and the May 19, 2023 submission attached hereto and to mail a copy of this order to Raheem J. Brennerman.

SO ORDERED.

Dated:      May 31, 2023
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

TRULINCS 54001048 - BRENNERMAN, RAHEEM J - Unit: ALF-U-B

------------------------------------------------------------------------------------------

FROM: 54001048
TO:
SUBJECT: LETTER TO CLERK OF COURT
DATE: 05/19/2023 10:20:45 PM

x

Raheem J. Brennerman
Reg. No. 54001-048
FCI Allenwood Low
Federal Correctional Institution
P. O. Box 1000
White Deer, Pa. 17887-1000

Ms. Ruby KRAJICK
Clerk of Court
UNITED STATES DISTRICT COURT
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

May 19, 2023

BY FIRST CLASS MAIL

Regarding: United States v. Brennerman, Criminal case no. 1:17-cr-0337 (RJS)
          United States v. The Blacksands Pacific Group, Inc., et. al., Criminal case no. 1:17-cr-0155 (LAK)

Dear Clerk:

    The undersigned, Raheem J. Brennerman ("Brennerman") respectfully submits this letter to inquire about the docketing of correspondence(s) and evidence submitted to the Court in respect of the above referenced criminal cases.

    The first set of correspondences (with evidence) of approximately 24 pages each, both dated April 21, 2023 were sent via United States Postal Service ("USPS") certified mail with tracking number: 7020 1810 0001 4638 4735 (for 17-cr-0337 (RJS)); and 7020 1810 0001 4638 4759 (for 17-cr-0155 (LAK)), to the Clerk of Court in respect of the criminal case(s), United States v. Brennerman, case no. 1:17-cr-0337 (RJS) and United States v. The Blacksands Pacific Group, Inc., et. al., case no. 1:17-cr-0155 (LAK). The USPS tracking page indicates that the correspondences (with evidence) were delivered over a week ago, however neither has been docketed at the above referenced criminal case(s).

    The second correspondence (with evidence) of approximately 23 pages dated May 11, 2023 was sent via USPS certified mail with tracking number: 7020 1810 0001 4638 4827 (17-cr-0337 (RJS)), to the Clerk of Court. The USPS tracking page indicates that this correspondence was delivered, however it has not yet been docketed at the above referenced criminal case.

    Both correspondences were submitted to Ms. Ruby KRAJICK, Clerk of Court, pursuant to Federal Rule of Criminal Procedure 49(b)(2)(B)(i) in reliance on Federal Rule of Criminal Procedure 49(b)(5).

    Withholding the docketing of the above referenced correspondences with evidence causes significant prejudice to Brennerman as it deprives him of obtaining relief from the continued violation of his human, civil and Constitutional rights. Moreover, withholding docketing of the above referenced correspondences violates the federal rule.

    Finally, please advise if you need Brennerman to re-submit the two correspondences (with evidence) referenced above, in the event that you are unable to locate the previous submissions.

This correspondence is respectfully submitted to establish a record of the above inquiry and to comply with all applicable federal rule and law.

Dated: May 19, 2023
       White Deer, Pa. 17887-1000

                                                              Respectfully submitted

TRULINCS 54001048 - BRENNERMAN, RAHEEM J - Unit: ALF-U-B

----------------------------------------------------------------------------------------------------

/s/ Raheem J. Brennerman
RAHEEM JEFFERSON BRENNERMAN
FCI Allenwood Low
Federal Correctional Institution
P. O. Box 1000
White Deer, Pa. 17887-1000

Pro Se Petitioner-Defendant



DOLLAR

HARRISBURG PA   171

22 MAY 2023  PM 3  L

⇔54001-048⇔
Raheem J Brennerman
FCC-Allenwood LOW
1000 P O Box
Union B Unit
White DEER, PA 17887-1000
United States

⇔54001-048⇔
Clerk Of Court
Daniel Patrick Moynihan
500 Pearl ST
U.S. District Court
NEW YORK, NY 10007
United States

10007-131508