UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RAHEEM J. BRENNERMAN,<br><br>                    Defendant. | No. 17-cr-337 (RJS) |
| RAHEEM J. BRENNERMAN,<br><br>                    Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | No. 23-cv-1624 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of Defendant Raheem J. Brennerman's submissions dated May 24, 2023 and June 5, 2023. Because these submissions fail to request court action or otherwise make a cognizable request for relief, the Court will not respond to or take any action in connection with these submissions. The Court will maintain copies of these submissions under seal in the event that it ever becomes necessary for the Court to consider sanctions, including an injunction directing the Clerk of Court to refuse to accept for filing any submissions from Brennerman unless he has first obtained leave of the Court. *See Iwachiw v. N.Y. State Dep't of Motor Vehicles*, 396 F.3d 525, 528–30 (2d Cir. 2005); *see also Lau v. Meddaugh*, 229 F.3d 121, 123 (2d Cir. 2000) ("The district courts have the power and the obligation to protect the public and the efficient administration of justice from individuals who have a history of litigation entailing vexation, harassment and

needless expense to other parties and an unnecessary burden on the courts and their supporting personnel." (internal quotation marks and alteration omitted)).

The Clerk of Court is respectfully directed to mail a copy of this order to Raheem J. Brennerman.

SO ORDERED.

Dated:   June 9, 2023
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation