UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>RAHEEM J. BRENNERMAN,<br><br>                      Defendant. | No. 17-cr-337 (RJS) |
| RAHEEM J. BRENNERMAN,<br><br>                      Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA,<br><br>                      Defendant. | No. 23-cv-1624 (RJS)<br><br><u>AMENDED ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

      The Court is in receipt of a letter from Defendant Raheem J. Brennerman, dated July 18, 2023, in which he asserts that the Court's July 11, 2023 Order (Doc. No. 304) constituted an improper effort to "conceal [Brennerman's prior] submissions" and seeks "relief from this Court's misconduct." Because this submission, like Brennerman's prior submissions, fails to make a cognizable request for relief, the Court will not respond to or take any action in connection with this submission. Nor will the Court docket this correspondence. *See, e.g.*, *Democratic Nat'l Comm. v. Russian Fed'n*, No. 18-cv-3501, 2018 WL 3323161, at *1 (S.D.N.Y. June 21, 2018) (refusing to docket submission unrelated to proper request for relief); *Abraham v. Leigh*, No. 17-cv-5429, 2020 WL 5095655, at *10 (S.D.N.Y. Aug. 28, 2020) (explaining that court's docket is not the place for "calumny or score-settling").

      Nevertheless, the Court will maintain a copy of this submission under seal for the purpose of facilitating appellate review, *see In re N.Y. Times Co.*, 828 F.2d 110, 116 (2d Cir. 1987); *see also Sealed*

*Plaintiff v. Sealed Defendant*, 537 F.3d 185, 192 (2d Cir. 2008) (explaining the need for district courts to create a record of pro se submissions to facilitate appellate review), and in the event that it becomes necessary for the Court to consider sanctions, including a filing injunction that bars Brennerman from filing any submissions without first obtaining leave of the Court, *see Iwachiw v. N.Y. State Dep't of Motor Vehicles*, 396 F.3d 525, 528–30 (2d Cir. 2005); *see also Lau v. Meddaugh*, 229 F.3d 121, 123 (2d Cir. 2000) ("The district courts have the power and the obligation to protect the public and the efficient administration of justice from individuals who have a history of litigation entailing vexation, harassment and needless expense to other parties and an unnecessary burden on the courts and their supporting personnel." (internal quotation marks and alteration omitted)).[1]

The Clerk of Court is respectfully directed to mail a copy of this amended order to Raheem J. Brennerman.

SO ORDERED.

Dated:     July 28, 2023
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

---

[1] The Court's July 26, 2023 Order erroneously indicated that the Second Circuit has deemed Brennerman's appeal from the Court's January 3, 2023 and January 25, 2023 Orders withdrawn. (*See* Doc. No. 305.) While the Second Circuit has deemed Brennerman's appeal in Case No. 23-242 withdrawn, (*see* Doc. No. 299), Brennerman's appeal in Case No. 23-6180 remains pending.