UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHEEM J BRENNERMAN,

               Petitioner,

   -v-

UNITED STATES OF AMERICA.

No. 23-cv-1624 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

     IT IS HEREBY ORDERED THAT the clerk of court is directed to close this case.

SO ORDERED.

Dated:      March 31, 2026
           New York, New York

                                  RICHARD J. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE,
                                  SITTING BY DESIGNATION